UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

UNITED STATES OF AMERICA,

v.

RICHARD PALMER,

                          Defendant.

12-CR-712 (SHS)

ORDER

------------------------------------------------

SIDNEY H. STEIN, U.S. District Judge.

The Court has received Defendant Richard Palmer's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). The Government is hereby ORDERED to respond to Palmer's motion by November 19, 2020.

The Clerk of Court is directed to mail a copy of this Order to defendant at the following address: Richard Palmer [67870-054], FCI Fort Dix, Federal Correctional Institution, P.O. Box 2000, Joint Base MDL, NJ 08640.

Dated:  New York, New York
        November 12, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.