UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

RICHARD PALMER,

                   Defendant.

12-CR-712 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received Defendant Richard Palmer's supplemental memorandum in support of his motion for compassionate release, Def.'s Mem., ECF No. 709, and is concerned about the high number of COVID-19 cases at Fort Dix. The Government is hereby ORDERED to update the Court regarding the COVID-19 infection rate at Fort Dix and the measures the Bureau of Prisons is taking to ameliorate the situation at that facility on or before Friday, January 22.

    The Clerk of Court is directed to mail a copy of this Order to defendant at the following address: Richard Palmer [67870-054], FCI Fort Dix, Federal Correctional Institution, P.O. Box 2000, Joint Base MDL, NJ 08640.

Dated:  New York, New York
          January 20, 2021

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.