UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 12-Cr-712 (SHS) |
| -against- | : | |
| | | ORDER |
| RICHARD PALMER, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    The Court has received Jean D. Barrett's motion to appoint counsel [Doc. No. 824].

    IT IS HEREBY ORDERED that Jean D. Barrett is reappointed to represent the defendant pursuant to the Criminal Justice Act regarding his filing an application for early termination of supervised release.

Dated: New York, New York
       March 14, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.